### CASE OF SOLOMON AIKEN, MEMBER FROM DRACUT.

The office of chaplain in the army of the United States is incompatible with that of representative.

A committee was appointed at the January session, to inquire whether any members of the house held any office under the authority of the United States, incompatible with their holding a seat in the house, with power to send for persons and papers.[2]

The committee reported, on the third of February, that the member from Dracut, the Rev. Solomon Aiken, had been appointed, by the president, a chaplain in the service of the United States; that he had accepted the appointment, and entered upon the duties of his office; and that, in their opin-

[1] 35 J. H. 446.          [2] Same, 266.

ion, such appointment and acceptance were incompatible with his holding a seat in the house.

The report was considered and accepted, and the seat of Mr. Aiken declared vacated;[1] and

It was then ordered, that the committee on the pay roll make up his pay for travel and attendance, as a member, to the third of February, inclusive.

[Mr. Aiken was returned a member the next year, and again excluded, for the same cause, by a vote of 264 to 12.[2]]

[1] 35 J. H. 317, 327.     [2] See 36 J. H. 10, 26, 38.

---

## 1815—1816.

### COMMITTEE ON ELECTIONS.

Messrs. *Dudley L. Pickman*, of Salem, *Jairus Ware*, of Wrentham, *Charles Davis*, of Boston, *James Brown*, of Lexington, *Jonathan H. Lyman*, of Northampton.

### REPORTER.

*Theron Metcalf*, Esq., of Dedham.